# Court of Appeals
# of the State of Georgia

ATLANTA, <u>  September 19, 2025  </u>

*The Court of Appeals hereby passes the following order:*

## A26E0057. WRIGHT v. WRIGHT et al.

In his fifth emergency motion filed with this Court in the preceding forty-three days, Joshua Wright, proceeding pro se, again asks this Court to vacate, and prohibit enforcement of, orders of the trial court. This Court denied each of Wright's previous emergency motions seeking the same and substantively similar relief, Case Nos. A26E0013 (decided August 7, 2025), A26E0027 (decided August 18, 2025), and A26E0044 (decided September 2, 2025), and denied his emergency motion for leave to file an out-of-time appeal, Case No. A26E0038 (decided August 27, 2025). Wright did not have a pending appeal at the time he made any of his prior emergency motions; nor does he have a pending appeal at this time.

Upon consideration of Wright's most recent emergency motion, captioned "Emergency Motion for Interlocutory Injunction and to Vacate Void Orders," and for the reasons set forth in this Court's orders in Case Nos. A26E0013 and A26E0027, it is ordered that said motion is hereby **DENIED**.

In addition, this Court in Case No. A26E0038 provided Wright lengthy notification, cautioning him "against filing future motions or pleadings in this Court that have no substantial basis in law[,]" and advising that "Rule 7 (e) (2) permits this Court to levy penalties for frivolous appeals, applications, or motions against a party or his counsel (including pro se litigants pursuant to Rule 2 (d)) with a penalty of up

to $2,500, and the penalty shall constitute a money judgment."[1] This Court further admonished that "it is our duty to warn the movant that repeated frivolous . . . litigation may result in his access to the courts being restricted." See *Smith v. Adamson*, 226 Ga. App. 698 (487 SE2d 386) (1997).

The instant motion filed by Wright is wholly and unreservedly frivolous. Therefore, we now impose a penalty against him in the amount of $2,500, to be remitted and payable to the Clerk of this Court within ten (10) days of the date of this Order. It is so **ORDERED**.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 09/19/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Our revised Rule 7 (e) (2) now permits this Court to impose a penalty not to exceed $10,000 for frivolous appeals, applications, or motions.